UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TYRONE PRATOR, | ) | |
| Petitioner, | ) | 2: 10-CV-01209-JCM-LRL |
| vs. | ) | |
| DWIGHT NEVEN, et al, | ) | **ORDER** |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to proceed *in forma pauperis* in this action. (Docket #1.) The motion is incomplete in that it fails to include the financial certificate required by this court for individuals proceeding pro se. Petitioner shall be sent the correct form and given an opportunity to file a corrected motion. The petition shall be retained unfiled and it shall not be served on the named respondents at this time.

IT IS THEREFORE **ORDERED** that the clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall file a new motion for leave to proceed *in forma pauperis* within thirty (30) days. The failure to timely do so

1 | will result in the denial of leave to proceed *in forma pauperis* and the dismissal of this action. The
2 | clerk shall retain the petition for writ of habeas corpus but not file it at this time.

DATED this 27th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE