# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE PRATOR,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>    Respondents. | 2:10-cv-01209-JCM-VCF<br><br>**ORDER** |

      This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*.

      Petitioner moves the court to require respondents to produce the original cassette tape recording from his disciplinary hearing. (ECF Nos. 16, 18.) Petitioner states that he is concerned that the digital compact disc with the recording could be altered and that the transcript of the hearing is inaccurate.

      Respondents state that both a compact disc and a transcript were submitted to the state district court but that only the transcript has been submitted to this court. Respondents argue that petitioner waived any objection to the admission of the transcript or the compact disc because he did not raise them in state court.

1  The court will require respondents to submit the compact disc recording of
2 petitioner's disciplinary hearing held March 1, 2009.  Petitioner's concerns regarding the authenticity
3 of the recording, as captured on the compact disc, lack sufficient particularity to prompt this court to
4 require respondents to submit the original cassette tape at this time.
5  **IT IS THEREFORE ORDERED** that plaintiff's motion for the submission of the
6 original cassette tape (ECF No. 16) and motion for admission and/or order to show cause (ECF No.
7 19) are **DENIED.**
8  **IT IS FURTHER ORDERED** that respondents **SHALL** submit the recording of
9 petitioner's March 1, 2009 disciplinary hearing on compact disc to the court within **thirty (30) days**
10 of the date of this order.
11
12
13  DATED March 7, 2012.
14
15  _____
16  UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26